IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ROBERT V. SMITH, <br><br>　　Plaintiff, <br><br>　　vs. <br><br>JAY A. ODOM, <br><br>　　Defendant. | Civil case No. <br> 3:19-cv-05064-MCR/HTC |

## NOTICE OF APPEARANCE

COMES NOW the United States of America and gives notice that the United States of America is represented in this action by U.S. Department of Justice, Civil Division Trial Attorney David M. Sobotkin. All further pleadings and correspondence in this action should be directed to the undersigned.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　JAMIE ANN YAVELBERG
　　　　　　　　　　　　　　　　SARA MCLEAN

　　　　　　　　　　　　　　　　/s/ David M. Sobotkin
　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　DAVID M. SOBOTKIN
　　　　　　　　　　　　　　　　N.Y. Bar No. 4480018

                                                Attorneys
                                                U.S. Department of Justice
                                                Civil Division, Fraud Section
                                                Post Office Box 261
                                                Ben Franklin Station
                                                Washington, D.C.  20044
                                                Telephone: (202) 353-1291
                                                Email: david.m.sobotkin@usdoj.gov

Dated:  March 17, 2021

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via CM/ECF on this 17th day of March, 2021.

                                               /s/ David M. Sobotkin
                                               DAVID M. SOBOTKIN