## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    *ex rel.* Robert V. Smith,

       Qui Tam Plaintiff,

v.                      CASE NO. 3:19-CV-05064-MCR/HTC

JAY A. ODOM,

       Defendant.

_____

## MOTION TO WITHDRAW AS ATTORNEYS FOR
## *QUI TAM* RELATOR PLAINTIFF ROBERT V. SMITH

David L. McGee, Esq., Matthew P. Massey, Esq., and the law firm of Beggs & Lane RLLP (hereinafter "Attorneys"), pursuant to Local Rule 11.1(H), Local Rules of the Northern District of Florida, move the Court for entry of an order that grants permission for the withdrawal of the Attorneys as the counsel of record in this civil action for the *Qui Tam* Relator Plaintiff, Robert V. Smith (hereinafter "Mr. Smith").  As grounds for this motion, the Attorneys state:

1.    The Attorneys currently represent *Qui Tam* Relator Plaintiff, Robert V. Smith, in this civil action.

2.    The Attorneys and Mr. Smith agree that the Attorneys are seeking to withdraw from this case and that Mr. Smith is free to retain new counsel of his choosing.

3.     Mr. Smith has not yet served his Complaint on the Defendant, Jay. A. Odom.  Mr. Smith has been advised of his requirement to serve all pleadings in this matter pursuant to 31 U.S. Code § 3730.

4.     The Attorneys provided written notice to Mr. Smith more than fourteen (14) days ago of their intention to file this motion to withdrawal.  Mr. Smith consents to the withdrawal of the Attorneys.  Therefore, Local Rule 11.1(H), Local Rules of the Northern District of Florida, has been satisfied.

5.     Mr. Smith's address is 701 Anchors Street NW, Fort Walton Beach, FL  32548.

WHEREFORE, David L. McGee, Esq., Matthew P. Massey, Esq., and the law firm of Beggs & Lane RLLP respectfully request this Court to grant the motion and permission to withdraw as the attorneys for *Qui Tam* Relator Plaintiff, Robert V. Smith, in this civil matter.

Respectfully submitted,

/s/ David L. McGee
David L. McGee
FL Bar No. 220000
dlm@beggslane.com
Matthew P. Massey
FL Bar No. 1008337
mpm@beggslane.com
Beggs & Lane, RLLP
501 Commendencia Street
Pensacola, FL  32502

2

Telephone: (850) 432-2451
Facsimile: (850) 469-3331
*Attorneys for Qui Tam Plaintiff*
*Robert V. Smith*

## CERTIFICATE OF ATTORNEY CONFERENCE

Defendant has not been served and counsel has not entered appearance entered in this case for Defendant. Therefore, Plaintiff's attorney cannot abide with the meet-and-confer requirement of Local Rule 7.1(B), Local Rules of the Northern District of Florida.

## CERTIFICATE OF NUMBER OF WORDS

I hereby certify that this motion contains 268 words.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 6th day of May, 2021, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send email notification of such filing on all parties of record:

David M. Sobotkin, Esq.
U.S. Department of Justice
Commercial Litigation Branch
175 N Street NE
Washington, DC  20002
david.m.sobotkin@usdoj.gov
*Attorney for United States of America*

/s/ David L. McGee
David L. McGee
FL Bar No. 220000
dlm@beggslane.com
