IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA, *ex rel.*
ROBERT V. SMITH,

    Plaintiff/Relator,

    v.

JAY A. ODOM,

    Defendant.

Case No. 3:19-cv-05064-MCR/HTC

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that David C. Fulleborn of Hoyer Law Group, PLLC, hereby enters his appearance as counsel for Plaintiff/Relator Robert V. Smith, in the above captioned matter. All notices given or required to be giving in this case and all papers filed in this case should be directed to the undersigned.

Dated: May 25, 2021
       Tampa, Florida

**HOYER LAW GROUP, PLLC**

/s/ David C. Fulleborn
David C. Fulleborn
FL Bar NO. 1008507
Hoyer Law Group, PLLC
2801 West Busch Blvd, Ste. 200
Tampa, FL 33618
Tele: 813-375-3700
Email: dfulleborn@hoyerlawgroup.com

*Attorneys for Plaintiff/Relator Robert v. Smith*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2021, a copy of the foregoing was sent to all counsel of record, and the United States, via ECF.

**HOYER LAW GROUP, PLLC**

/s/ David C. Fulleborn