# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**
ex rel. ROBERT V SMITH,

    Plaintiff,

v.                            CASE NO. 3:19cv5064-MCR-HTC

**JAY A ODOM,**

    Defendant.
_____/

## ORDER

    This matter is before the Court on motion of David L. McGee, Esq., Matthew P. Massey, Esq., and the law firm of Beggs & Lane RLLP, seeking to withdraw as counsel of record for the Qui Tam Relator Plaintiff Robert V. Smith.  Notice has been given in accordance with the Court's local rules and new counsel has appeared on Mr. Smith's behalf.

    Accordingly, the Motion to Withdraw, ECF No. 13, is **GRANTED**.  Attorneys David L. McGee, Esq., Matthew P. Massey, Esq., and the law firm of Beggs & Lane RLLP, are relieved of any further obligation for representation of the

Plaintiff Robert V. Smith in this case.

**DONE AND ORDERED** this 4th day of June 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**