IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ROBERT V. SMITH, <br><br> Plaintiff/Relator, <br><br> v. <br><br> JAY A. ODOM, <br><br> Defendant. | Case No. 3:19-cv-05064-MCR/HTC |

### PLAINTIFF/RELATOR'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff/Relator Robert V. Smith ("Relator"), by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal Without Prejudice as to his claims in the above styled action.

Counsel for Relator has conferred with counsel for the United States and can represent that, pursuant to 31 U.S.C. § 3730(b)(1), the United States consents to the proposed dismissal of Relator's action, provided that it is without prejudice to the United States.

Respectfully submitted,

Dated: June 8, 2021  HOYER LAW GROUP, PLLC

/s/ David C. Fulleborn
David C. Fulleborn
FL Bar NO. 1008507
Hoyer Law Group, PLLC
2801 West Busch Blvd, Ste. 200
Tampa, FL 33618
Tele: 813-375-3700
Email: dfulleborn@hoyerlawgroup.com

*Attorneys for Plaintiff/Relator Robert v. Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2021, a copy of the foregoing was sent to all counsel of record, and the United States, via ECF.

HOYER LAW GROUP, PLLC

/s/ David C. Fulleborn