# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**
**EX REL ROBERT V SMITH,**

    **Plaintiff,**

v.                                                                          CASE NO. 3:19cv5064-MCR/HTC

**JAY A ODOM,**

    **Defendant.**

_____/

## ORDER

    Plaintiff has filed a Rule 41(a)(1) Notice of Voluntary Dismissal Without Prejudice, ECF No. 16.  The Court is now also in receipt of the written consent of the United States to dismissal of this action without prejudice, pursuant to 31 U.S.C. § 3730(b)(1).  ECF No. 18.  The United States requests that papers on file in this action that are currently under seal remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Accordingly:

1. This action is dismissed without prejudice as to Relator Robert V. Smith and as to the United States of America.

2. All contents of the Court's file that are currently under seal in this action shall remain under seal and not be made public.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 9th day of July 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**